UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ONE DIGITAL DEVICE CURRENTLY LOCATED AT 601 4TH STREET NW, WASHINGTON, DC UNDER RULE 41 | Case No. 24-sw-91 |

## ORDER

This matter is before the Court on an application by the United States for a warrant to search a cellphone currently in the custody of the Washington Field Office of the Federal Bureau of Investigation. For the reasons discussed in the separate order filed contemporaneously with this one at ECF No. 5, it is hereby

**ORDERED** that the Clerk of the Court unseal this case, ensuring, however, that the entries at ECF No. 1 and ECF No. 2 remain under seal. It is further

**ORDERED** that the Clerk of the Court add Isabella DeLuca, the defendant in Case No. 24-cr-169, to this case as an interested party, such that her counsel may file and receive notice of public filings in this case; however, she shall not have access to sealed filings on this docket.

**SO ORDERED.**

Date: April 12, 2024

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE