UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH
OF: ONE DIGITAL DEVICE CUR-
RENTLY LOCATED AT 601 4TH
STREET NW, WASHINGTON, DC
UNDER RULE 41

Case No. 24-sw-91

### DEFENDANT'S RESPONSE IN OPPOSITION TO AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH

Defendant Isabella Deluca, by and though her undersigned attorney, files this Response and states:

1. Defendant urges this Court to adopt the reasoning of in *United States v. Davis*, 346 F. Supp. 435, 442 (S.D. Ill. 1972), which equitably estopped a second Magistrate Judge from issuing a search warrant "on the exact same showing."

2. Allowing the Government to resubmit a rejected warrant application to a second Magistrate will lead to an enormous increase of "magistrate shopping" in this District.

3. Further, allowing so would create two live issues at the same time and violate the first principle of res judicata. Generally, a cause of action may not be relitigated once it has been judged on the merits.

WHEREFORE, Defendant urges this Court to DENY the application for a Search Warrant in this case.

DATED: 4-29-2024.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757

T: (352)-455-2928
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on 4-29-24 I filed the foregoing document using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini